## GUARDIAN TRUST CO v KIRBY

Ohio Appeals, 8th Dist, Cuyahoga Co

No 14091. Decided April 22, 1935

John W. Bricker, Attorney General, Columbus, Charles F. Carr, Special Counsel, Cleveland, and Richard R. Hollington, Assistant Special Counsel, for appellants.
Davies & Eshner, Cleveland, for appellee.

For full opinion see 3 OO 288; 199 NE 81; 50 Oh Ap 539.